UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:13-CR-41 RM |
| ) | |
| GERMAINE B. HADLEY ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 4, 2013. Accordingly, the court ADOPTS those findings and recommendations [docket # 24], ACCEPTS defendant Germaine Hadley's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  June 24, 2013

       /s/ Robert L. Miller, Jr.
      Judge, United States District Court
      Northern District of Indiana